# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0772
Lower Tribunal No. 23-CF-017309

_____

JARQUES NIJAY RIGGINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Margaret O. Steinbeck, Judge.

January 20, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and WOZNIAK, JJ., concur.


Giovana Linale Upson, of Giovana Linale Upson, P.A., Naples, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William A. Leto, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED